08 C 50 067

# Exhibit A



# Exhibit B



US00D491822S1

(12) **United States Design Patent**  (10) Patent No.: **US D491,822 S**
Holbein  (45) Date of Patent: ** **Jun. 22, 2004**

---

(54) **SOIL METER**

(75) Inventor: **Larry L. Holbein**, Woodstock, IL (US)

(73) Assignee: **Luster Leaf Products, Inc.,** Woodstock, IL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/181,267**

(22) Filed: **May 9, 2003**

(51) LOC (7) Cl. .................................................. **10-04**
(52) U.S. Cl. ...................................................... **D10/56**
(58) Field of Search ............................. D10/56; 73/73; 324/694, 724; 340/604; 702/50

(56) **References Cited**

U.S. PATENT DOCUMENTS

D374,182 S * 10/1996 Lam ............................ D10/56
6,088,657 A * 7/2000 McMahon ................... 702/50
6,637,259 B2 * 10/2003 McElhaney et al. ........... 73/73

* cited by examiner

*Primary Examiner*—Antoine D. Davis
(74) *Attorney, Agent, or Firm*—David I. Roche; Baker & McKenzie

(57) **CLAIM**

The ornamental design for a soil meter, as shown and described above.

**DESCRIPTION**

FIG. 1 is a front elevational view of a soil meter embodying my invention;
FIG. 2 is a back elevational view thereof;
FIG. 3 is a right side elevational view thereof;
FIG. 4 is an left side elevational view thereof;
FIG. 5 is top end view thereof; and,
FIG. 6 is a bottom end view thereof.

**1 Claim, 2 Drawing Sheets**



**U.S. Patent**  Jun. 22, 2004  Sheet 1 of 2  **US D491,822 S**



Fig 1  Fig 2

U.S. Patent     Jun. 22, 2004     Sheet 2 of 2     US D491,822 S

