# United States District Court for the Northern District of Illinois

Case Number: 08-50067          Assigned/IssuedBy: pb

## FEE INFORMATION

**Amount Due:**  ☒ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____

FILED
APR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Paid: _____            Fiscal Clerk: _____

## ISSUANCES

**Type Of Issuance:**
☒ Summons              ☐ Alias Summons
☐ Third Party Summons  ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
(Type of Writ)

1 Original and  0  copies on  4/21/08  as to  Defendant
                              (Date)

C:\wpwin80\docket\feeinfo.frm  01/01