F I L E D

APR 2 1 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Luster Leaf Products Inc.,<br>an Illinois corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>W. Atlee Burpee Company,<br>a Pennsylvania corporation<br><br>    Defendant. | Case No: **08 C 5 0 0 67**<br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S DISCLOSURE STATEMENT

Plaintiff, Luster Leaf Products Inc., pursuant to Local Rule 3.2 of the Rules for the United States District Court for the Northern District of Illinois and Fed.R.Civ.P.7.1, makes the following corporate disclosure statement:  1) There are no affiliates that own more than five percent of Luster Leaf Products Inc., and 2) no publicly-held corporation owns 10% or more of Luster Leaf Products Inc.'s stock.

Dated:  April 21, 2008

Respectfully submitted,

 /s/ David I. Roche
David I. Roche
Daniel A. Tallitsch
**BAKER & McKENZIE LLP**
130 E. Randolph Drive
Chicago, IL  60601
ph:    (312) 861-8608
fax:   (312) 698-2363
Email:  david.i.roche@bakernet.com