FILED
APR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Luster Leaf Products Inc., an Illinois corporation, | Case No: 08 C 50067 |
| Plaintiff, | |
| v. | |
| W. Atlee Burpee Company, a Pennsylvania corporation | JURY TRIAL DEMANDED |
| Defendant. | |

## NOTICE OF CLAIM INVOLVING PATENTS

The Plaintiff, Luster Leaf Products Inc., by and through its attorneys, Baker & McKenzie LLP, in compliance with Local Rule 3.4 hereby provides below the information required by 35 U.S.C. §290 about a patent that is the subject of a newly filed action in this Court.

| Patent No. | D491,822 |
|---|---|
| Title: | Soil Meter |
| Inventors: | Larry L. Holbein |

Dated: April 21, 2008

BAKER & McKENZIE LLP

/s/ David I. Roche
David I. Roche
Attorney for Plaintiff

**BAKER & McKENZIE LLP**
130 E. Randolph Drive
Chicago, IL 60601
ph:  (312) 861-8608
fax: (312) 698-2363