**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Western Division**

Luster Leaf Products Inc.

                      Plaintiff,

v.                                                       Case No.: 3:08−cv−50067
                                                       Honorable Philip G. Reinhard

W. Atlee Burpee Company

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

     MINUTE entry before the Honorable P. Michael Mahoney:Plaintiff's counsel does not appear. Status hearing reset for 6/18/2008 at 01:30 PM. Counsel to appear. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.