**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Luster Leaf Products Inc., an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> W. Atlee Burpee Company, a Pennsylvania corporation <br><br> Defendant. | **08 C 50067** <br> JUDGE REINHARD <br> MAGISTRATE JUDGE MAHONEY |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
UNDER RULE 41(a)(1)(A)(i)**

Plaintiff, Luster Leaf Products Inc., pursuant to Federal Rules of Civil Procedure, hereby voluntarily dismisses the above case without prejudice to re-filing.

Dated: July 29, 2008                                Respectfully submitted,

  /s/ David I. Roche
David I. Roche
Daniel A. Tallitsch
**BAKER & McKENZIE LLP**
130 E. Randolph Drive
Chicago, IL  60601
ph:     (312) 861-8608
fax:    (312) 698-2363
Email: david.i.roche@bakernet.com