# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50067 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Luster Leaf Products Inc. v. W. Atlee Burpee Company | | |

**DOCKET ENTRY TEXT:**

Pursuant to notice of dismissal by plaintiff [11], this case is dismissed without prejudice to re-filing.

*/s/ Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|